**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV 89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:22-cr-00060-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING (First Request)** |
| YOASH AZAMA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Assistant United States Attorney, Daniel Schiess, and Yoash Azama, by and through his attorney, Richard E. Tanasi, Esq., that the **Sentencing Hearing** in the above-captioned matter, now scheduled for ***August 17, 2022 at the hour of 1:00 p.m***., be vacated and continued to a time convenient for the Court *after October 17, 2022*.

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. The defense needs more time to gather and prepare mitigation evidence and arguments for sentencing.

2. Mr. Azama is out of custody and does not object to this continuance.

4. The additional time requested herein is not sought for purposes of delay.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

- 1-

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, continuing the sentencing hearing for date convenient to the Court, after October 17, 2022.

DATED this 2nd day of August 2022.

| | |
|---|---|
| */s/ Daniel Schiess* | */s/ Richard Tanasi* |
| Daniel Schiess | Richard E. Tanasi, Esq. |
| 501 Las Vegas Blvd., South | 8716 Spanish Ridge Avenue, Ste. 105 |
| Suite 100 | Las Vegas, NV 89148 |
| Las Vegas, NV 89101 | rtanasi@tanasilaw.com |
| **Attorney for the UNITED STATES** | **Attorney for YOASH AZAMA** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:22-cr-00060-GMN-NJK |
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION** |
| YOASH AZAMA, | |
| Defendant. | |

This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED,** that the **Sentencing Hearing** in the above-captioned matter, now scheduled for **August 17 2022, at the hour of 10:00 a.m.,** be vacated and continued to October 26, 2022 at 10:00 a.m.

Signed August 6, 2022

_____
UNITED STATES DISTRICT JUDGE

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 3-

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of Tanasi Law Offices for the District of Nevada and is a person of such age and discretion as to be competent to serve papers. That on <u>August 2, 2022</u>, he served an electronic copy of the above and foregoing **STIPULATION AND ORDER** by electronic service (ECF).

*/s/ Richard Tanasi*

Employee of the Tanasi Law Offices