**TANASI LAW OFFICES**
RICHARD E. TANASI, ESQ.
Nevada State Bar No. 9699
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148
p. (702) 906-2411
f. (866) 299-5274
rtanasi@tanasilaw.com

**Attorney for *YOASH AZAMA***

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YOASH AZAMA,<br><br>    Defendant. | CASE NO.:  2:22-cr-00060-GMN-NJK<br><br>**FIRST STIPULATION TO MODIFY CONDITIONS OF RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Assistant United States Attorney, Daniel Schiess, and Yoash Azama, by and through his attorney, Richard E. Tanasi, Esq., that Mr. Azama's conditions of release be modified to permit travel to Miami, Florida from September 23, 2022 to September 30, 2022.

This Stipulation is entered into for the following reasons:

1. The Jewish New Year is on September 25, 2022.  Mr. Azama's family is gathering for this important holiday.  In addition to spending time with his loved-ones, Mr. Azama will be able to see family members in person to discuss his pending sentencing.  As a result, Mr. Azama will be in a better and more personal position to gather meaningful character letters for sentencing.

2. Mr. Azama has been incident free while on pretrial release.

3. Counsel for Mr. Azama has contacted his supervising Pretrial Services Officer, Mariah Bassler-Wide, who has no objection to Mr. Azama's request. The government also does not oppose this request.

DATED this 2nd day of August 2022.

| | |
|---|---|
| /s/ Daniel Schiess | /s/ Richard Tanasi |
| Daniel Schiess | Richard E. Tanasi, Esq. |
| 501 Las Vegas Blvd., South | 8716 Spanish Ridge Avenue, Ste. 105 |
| Suite 100 | Las Vegas, NV 89148 |
| Las Vegas, NV 89101 | rtanasi@tanasilaw.com |
| **Attorney for the UNITED STATES** | **Attorney for YOASH AZAMA** |

/ / /

/ / /

/ / /

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YOASH AZAMA,<br><br>　　　　Defendant. | CASE NO.:  2:22-cr-00060-GMN-NJK<br><br>**ORDER** |

　　　Pending before the Court is the parties' first stipulation to modify conditions of pretrial release. The parties ask the Court to modify Defendant's pretrial release conditions to permit him travel to Miami, Florida from September 23, 2022 to September 30, 2022 for sentencing and personal purposes. The parties submit that Defendant's Pretrial Services Officer does not object to this request.

　　　IT IS ORDERED that the parties' stipulation is hereby GRANTED.

　　　DATED this __9__ day of August 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of Tanasi Law Offices for the District of Nevada and is a person of such age and discretion as to be competent to serve papers. That on <u>August 2, 2022</u>, he served an electronic copy of the above and foregoing **STIPULATION AND ORDER** by electronic service (ECF).

<u>*s/Richard Tanasi*</u>
Employee of the Tanasi Law Offices