**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV  89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Case No: 2:22-cr-00060-GMN-NJK |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| vs. | ) **TO CONTINUE SENTENCING** |
| | ) **HEARING (Second Request)** |
| YOASH AZAMA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through United States Attorney, Daniel Schiess, and Yoash Azama, by and through his attorney, Richard E. Tanasi, Esq., that the **Sentencing Hearing** in the above-captioned matter, now scheduled for ***October 26, 2022 at the hour of 10:00 a.m***., be vacated and continued to a time convenient for the Court *after November 28, 2022*.

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. On October 26, 2022, Defense Counsel will likely be in trial in *United States v. Castro, et al., Case No. 2:19-cr-295-GMN-NJK*.

2. Mr. Azama is out of custody and does not object to this continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

- 1-

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, continuing the sentencing hearing for date convenient to the Court, after ***November 28, 2022.***

DATED this 18<u>th</u> day of August 2022.

<u>/s/ Daniel Schiess</u>                                    <u>/s/ Richard Tanasi</u>
Daniel Schiess                                             Richard E. Tanasi, Esq.
501 Las Vegas Blvd., South                     8716 Spanish Ridge Avenue, Ste. 105
Suite 100                                                    Las Vegas, NV 89148
Las Vegas, NV 89101                               rtanasi@tanasilaw.com
***Attorney for the UNITED STATES***   ***Attorney for YOASH AZAMA***

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2-

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.:  2:22-cr-00060-GMN-NJK |
| Plaintiff, ) | |
| ) | **ORDER ON STIPULATION** |
| vs. ) | |
| YOASH AZAMA, ) | |
| Defendant. ) | |

This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED,** that the **Sentencing Hearing** in the above-captioned matter, now scheduled for **October 26, 2022, at the hour of 10:00 a.m.,** be vacated and continued to ___December 7, 2022 at 10:00 a.m.___.

_____

UNITED STATES DISTRICT JUDGE

DATED this 19th day of August 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of Tanasi Law Offices for the District of Nevada and is a person of such age and discretion as to be competent to serve papers. That on <u>August 18, 2022</u>, he served an electronic copy of the above and foregoing STIPULATION AND ORDER by electronic service (ECF).

*/s/ Richard Tanasi*
Employee of the Tanasi Law Offices

**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

- 4-