**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV  89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant*

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF NEVADA, | ) | Case No: 2:22-cr-00060-GMN-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| vs. | ) | **TO CONTINUE SENTENCING** |
| | ) | **HEARING (Third Request)** |
| YOASH AZAMA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through United States Attorney, Daniel Schiess, and Yoash Azama, by and through his attorney, Richard E. Tanasi, Esq., that the **Sentencing Hearing** in the above-captioned matter, now scheduled for ***December 7, 2022 at the hour of 10:00 a.m***., be vacated and continued to a time convenient for the Court; ***ideally between January 10, 2023 and January 20, 2023***.

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1.      Co-conspirator Moshe Malka (2:21-cr-00186-RFB-EJY) is scheduled for sentencing on January 9, 2023.  *See,* 2:21-cr-00186-RFB-EJY, ECF No. 41. Mr. Azama asserts Mr. Malka's sentence provides information for this Honorable Court to avoid unwarranted

sentencing disparities.  Mr. Azama intends to argue he and Mr. Malka are similarly situated under 18 USC 3553(a)(6).  The Government opposes this argument.  However, the parties agree to this continuance so Mr. Azama can make his record.  The undersigned counsel has a capital trial in *State v. Cruz (C-17-321502-1)* starting January 23, 2023, which is why a setting between January 10, 2023 and January 20, 2023 is sought.

      2.     Mr. Azama is out of custody and does not object to this continuance.

      4.     The additional time requested herein is not sought for purposes of delay.

      4.     Additionally, denial of this request for continuance could result in a miscarriage of justice.

      **WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, continuing the sentencing hearing for date convenient to the Court; ***ideally between January 10, 2023 and January 20, 2023***.

      DATED this 22nd day of November, 2022.

| */s/ Daniel Schiess* | */s/ Richard Tanasi* |
|---|---|
| Daniel Schiess | Richard E. Tanasi, Esq. |
| 501 Las Vegas Blvd., South | 8716 Spanish Ridge Avenue, Ste. 105 |
| Suite 100 | Las Vegas, NV 89148 |
| Las Vegas, NV 89101 | rtanasi@tanasilaw.com |
| ***Attorney for the UNITED STATES*** | ***Attorney for YOASH AZAMA*** |

/ / /

/ / /

/ / /

**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

- 2-

**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF NEVADA, | ) CASE NO.: 2:22-cr-00060-GMN-NJK |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER ON STIPULATION** |
| | ) |
| YOASH AZAMA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED,** that the **Sentencing Hearing** in the above-captioned matter, now scheduled for **December 7, 2022, at the hour of 10:00 a.m.,** be vacated and continued to ___January 11, 2023 at 11:00 a.m.___ .

11/28/2022

_____
UNITED STATES DISTRICT JUDGE

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

<u>**CERTIFICATE OF ELECTRONIC SERVICE**</u>

The undersigned hereby certifies that he is an employee of Tanasi Law Offices for the District of Nevada and is a person of such age and discretion as to be competent to serve papers. That on <u>November 22, 2022</u>, he served an electronic copy of the above and foregoing STIPULATION AND ORDER by electronic service (ECF).

*/s/ Richard Tanasi*

Employee of the Tanasi Law Offices

- 4-