**TANASI LAW OFFICES**
RICHARD E. TANASI, ESQ.
Nevada State Bar No. 9699
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148
p. (702) 906-2411
f. (866) 299-5274
rtanasi@tanasilaw.com

Attorney for *YOASH AZAMA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YOASH AZAMA,<br><br>　　　　　Defendant. | CASE NO.:  2:22-cr-00060-GMN-NJK<br><br>**FIRST STIPULATION TO EXTEND VOLUNTARY SURRENDER DATE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through United States Attorney, Daniel Schiess, and Yoash Azama, by and through his attorney, Richard E. Tanasi, Esq., that Mr. Azama's conditions of release be modified to extend Mr. Azama's self-surrender of service of sentence from April 11, 2023 to April 17, 2023.

This Stipulation is entered into for the following reasons:

1.　　　Mr. Azama was sentenced to sixty (60) months in the custody of the Bureau of Prisons on April 11, 2023.  *See,* ECF No. 37.

2.　　　Mr. Azama is out of custody. He was ordered to self-surrender on April 11, 2023. *Id.*

3.　　　Mr. Azama is Jewish.  The Jewish holiday of Passover is celebrated from April 5, 2023 to April 13, 2023.  *See, https://www.calendardate.com/passover_2023.htm.*

4.      Mr. Azama has been incident free while on pretrial release.

5.      Counsel for Mr. Azama has contacted his supervising pretrial services officer, Mariah Bassler-Wide, whom has no objection to Mr. Azama's request. The government also does not oppose this request.

DATED this 19th day of January, 2023.

| | |
|---|---|
| /s/ Daniel Schiess<br>Daniel Schiess<br>501 Las Vegas Blvd., South<br>Suite 100<br>Las Vegas, NV 89101<br>**Attorney for the UNITED STATES** | /s/ Richard Tanasi<br>Richard E. Tanasi, Esq.<br>8716 Spanish Ridge Avenue, Ste. 105<br>Las Vegas, NV 89148<br>rtanasi@tanasilaw.com<br>**Attorney for YOASH AZAMA** |

/ / /

/ / /

/ / /

/ / /

/ / /

2

1
2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3    UNITED STATES OF AMERICA,                    CASE NO.:  2:22-cr-00060-GMN-NJK

4                    Plaintiff,                   **PROPOSED ORDER**

5            v.

6    YOASH AZAMA,

7                    Defendant.

8

9         Pending before the Court is the parties' first stipulation to extend Mr. Azama's voluntary

10   surrender date. The parties ask the Court to extend Mr. Azama's self-surrender of service of

11   sentence from April 11, 2023 to April 17, 2023. The parties submit that Defendant's Pretrial

12   Services Officer does not object to this request.

13        IT IS ORDERED that the parties' stipulation, is hereby GRANTED.

14

15                                    **ORDER**

16   **IT IS SO ORDERED.**

17   Dated this  19  day of January, 2023

18

19

20   _____

21   Gloria M. Navarro, District Judge
     UNITED STATES DISTRICT COURT

22

23

24

25

26

3

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of Tanasi Law Offices for the District of Nevada and is a person of such age and discretion as to be competent to serve papers. That on <u>January 19, 2023</u>, he served an electronic copy of the above and foregoing STIPULATION AND ORDER by electronic service (ECF).

*/s/ Richard Tanasi*
Employee of the Tanasi Law Offices
