**TANASI LAW OFFICES**
RICHARD E. TANASI, ESQ.
Nevada State Bar No. 9699
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148
p. (702) 906-2411
f. (866) 299-5274
rtanasi@tanasilaw.com

Attorney for *YOASH AZAMA*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>YOASH AZAMA,<br><br>         Defendant. | CASE NO.:  2:22-cr-00060-GMN-NJK<br><br>**SECOND STIPULATION TO MODIFY CONDITIONS OF RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through United States Attorney, Daniel Schiess, and Yoash Azama, by and through his attorney, Richard E. Tanasi, Esq., that Mr. Azama's conditions of release be modified to release Mr. Azama's passport to him.

This Stipulation is entered into for the following reasons:

1. Mr. Azama was sentenced to sixty (60) months in the custody of the Bureau of Prisons on April 11, 2023.  *See,* ECF No. 37.

2. Mr. Azama is out of custody. He was Ordered to self-surrender on April 11, 2023.

3. Mr. Azama currently has a Nevada Driver's License that is "Not Valid For Identification."

4. Mr. Azama is not a U.S. Citizen. The Nevada Department of Motor Vehicles requires several forms of proof of identity to obtain a driver's license that can be used for identification. *See,* https://dmv.nv.gov/dlresidency.htm. The only compliant proof of identification Mr. Azama has is his Israeli Passport, which is in the possession of Pretrial Services.

5. Mr. Azama identification driver's license will be presented to his designated institution upon voluntary surrender and retained in the Inmate Central File until his release. *See*, https://www.bop.gov/policy/progstat/5580_008.pdf.

6. Mr. Azama has an appointment scheduled with the DMV on February 16, 2023. The parties agree that Mr. Azama shall be permitted to obtain his passport from Pretrial Services on February 15, 2023 before 5:00 p.m., so long as Mr. Azama returns his passport to Pretrial Services on February 16, 2023 before 5:00 p.m.

7. Mr. Azama has been incident free while on pretrial release.

8. Counsel for Mr. Azama has contacted his supervising pretrial services officer, Mariah Bassler-Wide, whom has no objection to Mr. Azama's request. The government also does not oppose this request.

DATED this 19th day of January 2023.

| */s/ Daniel Schiess*<br>Daniel Schiess<br>501 Las Vegas Blvd., South<br>Suite 100<br>Las Vegas, NV 89101<br>**Attorney for the UNITED STATES** | */s/ Richard Tanasi*<br>Richard E. Tanasi, Esq.<br>8716 Spanish Ridge Avenue, Ste. 105<br>Las Vegas, NV 89148<br>rtanasi@tanasilaw.com<br>**Attorney for YOASH AZAMA** |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YOASH AZAMA,<br><br>　　　　Defendant. | CASE NO.:  2:22-cr-00060-GMN-NJK<br><br>**PROPOSED ORDER** |

Pending before the Court is the parties' second stipulation to modify conditions of pretrial release. Mr. Azama has an appointment scheduled with the DMV on February 16, 2023. The parties ask the Court to modify Defendant's pretrial release conditions such that Mr. Azama shall be permitted to obtain his passport from Pretrial Services on February 15, 2023 before 5:00 p.m., so long as Mr. Azama returns his passport to Pretrial Services on February 16, 2023 before 5:00 p.m.  The parties submit that Defendant's Pretrial Services Officer does not object to this request.

**<u>ORDER</u>**

**IT IS SO ORDERED.**

Dated this  20   day of January, 2023

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of Tanasi Law Offices for the District of Nevada and is a person of such age and discretion as to be competent to serve papers. That on <u>January 19, 2023</u>, he served an electronic copy of the above and foregoing STIPULATION AND ORDER by electronic service (ECF).

<u>/s/ Richard Tanasi</u>
Employee of the Tanasi Law Offices
