PAUL S. PADDA, ESQ. *(NV Bar #10417)*
Email: *psp@paulpaddalaw.com*
TONY L. ABBATANGELO, ESQ. *(NV Bar #3897)*
Email: *tony@thevegaslawyers.com*
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

Mailing Address:
4030 S. Jones Boulevard, Unit 30370
Las Vegas, Nevada  89173

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>YOASH AZAMA,<br><br>　　　　　Defendant(s). | CASE NO.: 2:22-CR-00060-GMN-NJK<br><br>**SUBSEQUENT STIPULATION TO<br>MODIFY CONDITIONS OF RELEASE** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by and through Assistant United States Attorney, Daniel Schiess, and Yohash Azama by and through his attorney, Paul Padda, that Mr. Azama's conditions of release be modified to permit him to travel from Las Vegas, Nevada to Los Angeles, California from Sunday February 5, 2023 through Wednesday February 8, 2023.

　　　　The Stipulation is entered into for the following reason:

1. Mr. Azama, a devout Jew, would like to attend a Jewish religious ceremony in Los Angeles designated as "The Celebration in Memory of the Saintly Rabbi."

1

2. Undersigned counsel has discussed this matter with Mr. Azama's pre-trial services officer, Mariah Bassler, and she has consented to Mr. Azama's travel pursuant to the terms of this Stipulation.

3. The United States Attorney, in the person of Daniel Schiess, has also consented to this Stipulation.

4. It is noteworthy that this Court granted permission for Mr. Azama to travel outside of this Court's jurisdiction between September 23, 2022 and September 30, 2022; a journey that Mr. Azama undertook and completed without incident.

Dated: February 3, 2023.

        Respectfully Submitted By:

        **PAUL PADDA LAW, PLLC**

By: _____
TONY L. ABBATANGELO, ESQ.
PAUL S. PADDA, ESQ.
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103

*Attorney for Defendant*

## ORDER

Pending before the Court is the parties' first stipulation to modify conditions of pretrial release. The parties ask the Court to modify Defendant's pretrial release conditions to permit him travel from Las Vegas, Nevada to Los Angeles, California February 5, 2023, to February 8, 2023 for personal-religious purposes. The parties submit that Defendant's Pretrial Services Officer does not object to this request.

IT IS ORDERED that the parties' stipulation is hereby  GRANTED .

DATED this   3   day of February 2023.

_____
United States District Judge

3