**TANASI LAW OFFICES**
RICHARD E. TANASI, ESQ.
Nevada State Bar No. 9699
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148
p. (702) 906-2411
f. (866) 299-5274
rtanasi@tanasilaw.com
Attorney for *YOASH AZAMA*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>YOASH AZAMA,<br><br>            Defendant. | CASE NO.: 2:22-cr-00060-GMN-NJK<br><br>**THIRD STIPULATION TO MODIFY CONDITIONS OF RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through United States Attorney, Daniel Schiess, and Yoash Azama, by and through his attorney, Richard E. Tanasi, Esq., that Mr. Azama's conditions of release be modified to release Mr. Azama's passport to him.

This Stipulation is entered into for the following reasons:

1. Mr. Azama is out of custody. He was Ordered to self-surrender on April 17, 2023. *See*, ECF No. 35.

2. Mr. Azama's Bureau of Prisons designation is FCI Miami (15801 S.W. 137th Avenue, Miami, FL 33177).

3. Mr. Azama requests permission to travel to Miami, Florida on April 2, 2023 and remain there with his family until he voluntarily surrenders on April 17, 2023.

4. Mr. Azama has been incident free while on pretrial release.

5. Counsel for Mr. Azama has contacted his supervising pretrial services officer, Mariah Bassler-Wide, whom has no objection to Mr. Azama's request, on the condition that Mr. Azama provides Officer Bassler-Wide his flight itinerary and specific Florida address at which he will reside between April 2, 2023 and April 17, 2023. The government also does not oppose this request.

DATED this 17 day of March 2023.

| /s/ Daniel Schiess | /s/ Richard Tanasi |
|---|---|
| Daniel Schiess | Richard E. Tanasi, Esq. |
| 501 Las Vegas Blvd., South | 8716 Spanish Ridge Avenue, Ste. 105 |
| Suite 100 | Las Vegas, NV 89148 |
| Las Vegas, NV 89101 | rtanasi@tanasilaw.com |
| **Attorney for the UNITED STATES** | **Attorney for YOASH AZAMA** |

/ / /

/ / /

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YOASH AZAMA,<br><br>　　　　Defendant. | CASE NO.:  2:22-cr-00060-GMN-NJK<br><br>**PROPOSED ORDER** |

　　　　Pending before the Court is the parties' third stipulation to modify conditions of pretrial release.  Mr. Azama is out of custody. He was Ordered to self-surrender on April 17, 2023.  *See*, ECF No. 35.  Mr. Azama's Bureau of Prisons designation is FCI Miami (15801 S.W. 137th Avenue, Miami, FL 33177).  Mr. Azama requests permission to travel to Miami, Florida on April 2, 2023 and remain there with his family until he voluntarily surrenders on April 17, 2023. The parties submit that Defendant's Pretrial Services Officer does not object to this request, on the condition that Mr. Azama provides Officer Bassler-Wide his flight itinerary and specific Florida address at which he will reside between April 2, 2023 and April 17, 2023.  As such, Mr. Azama shall comply with Officer Bassler-Wide's condition.

　　　　IT IS ORDERED that the parties' stipulation, is hereby GRANTED.

# ORDER

**IT IS SO ORDERED.**

Dated this   20   day of March, 2023

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of Tanasi Law Offices for the District of Nevada and is a person of such age and discretion as to be competent to serve papers. That on March 17, 2023, he served an electronic copy of the above and foregoing STIPULATION AND ORDER by electronic service (ECF).

                                   */s/ Richard Tanasi*
                                   Employee of the Tanasi Law Offices